

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00004-CR

ROBERTO CANAS GARDEA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 276th District Court
Camp County, Texas
Trial Court No. CF-20-02048

Before Morriss, C.J., Stevens and van Cleef, JJ.

ORDER

Appellant Roberto Canas Gardea appeals from his conviction of indecency with a child by sexual contact. On June 27, 2022, Gardea's court-appointed appellate counsel filed an *Anders*[1] brief in this appeal, and on August 22, 2022, Gardea filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Gardea's motion for access to the appellate record is granted. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Gardea's access to that record.

Gardea's appointed counsel informed this Court that he mailed a paper copy of the appellate record to Gardea on August 23, 2022. On August 24, this Court forwarded a copy of the digitally recorded exhibit that was a part of Gardea's appellate record to prison officials at the Texas Department of Criminal Justice's Jordan Unit, and by copy of this order, request that those officials afford Gardea a means of reviewing that exhibit within twenty days of the date the exhibit is received in the Jordan Unit. Allowing fifteen days from the date of this order for the record to be delivered to Gardea and for him to review the digitally recorded exhibit that is part of that record and giving Gardea thirty days to prepare his pro se response, we hereby set October 10, 2022, as the deadline for Gardea to file his pro se response to his counsel's *Anders* brief.

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

[2] *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).

IT IS SO ORDERED.

BY THE COURT

DATE:       August 24, 2022